```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01541
   JAY E ANDERSON
   LISA A ANDERSON                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3555    SSN XXX-XX-5722

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/24/2008 and was confirmed 04/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was dismissed after confirmation 10/01/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE                UNSECURED         1718.65          .00           .00
CAPITAL ONE                UNSECURED         2674.55          .00           .00
CAPITAL ONE                UNSECURED         1795.31          .00           .00
SPIRIT OF AMERICA NATION   UNSECURED          283.39          .00           .00
RJM ACQUISITIONS           UNSECURED          147.64          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1863.05          .00           .00
DEUTSCHE BANK NATIONAL T   MORTGAGE ARRE    12091.14          .00           .00
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED         2817.24          .00           .00
AT & T WIRELESS            UNSECURED          183.26          .00           .00
AT&T                       UNSECURED        NOT FILED         .00           .00
BALLYS TOTAL FITNESS ~     UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORP      UNSECURED         7967.82          .00           .00
ROUNDUP FUNDING LLC        UNSECURED         9616.48          .00           .00
CHASE BANK                 UNSECURED        NOT FILED         .00           .00
COMCAST                    UNSECURED        NOT FILED         .00           .00
FASHION BUG/SOANB          UNSECURED        NOT FILED         .00           .00
BANK OF AMERICA BANK       UNSECURED          285.64          .00           .00
JC PENNY                   UNSECURED        NOT FILED         .00           .00
HARRIS BANK                NOTICE ONLY      NOT FILED         .00           .00
HSBC NV/GM CARD            UNSECURED        NOT FILED         .00           .00
BANK OF AMERICA            UNSECURED        NOT FILED         .00           .00
NICOR GAS                  UNSECURED          387.40          .00           .00
ORCHARD BANK               UNSECURED        NOT FILED         .00           .00
ANDERSON CRENSHAW ASSO     UNSECURED        NOT FILED         .00           .00
PROVIDIAN BANK             UNSECURED         1021.03          .00           .00
PROVIDAN                   UNSECURED        NOT FILED         .00           .00
PROVIDAN                   UNSECURED        NOT FILED         .00           .00
SALLIE MAE                 NOTICE ONLY      NOT FILED         .00           .00
WASHINGTON/PROVIDIAN       UNSECURED        NOT FILED         .00           .00
DEUTSCHE BANK NATIONAL T   CURRENT MORTG        .00           .00           .00
AMERICAN HOME MTG SERVIC   CURRENT MORTG        .00           .00           .00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 01541 JAY E ANDERSON & LISA A ANDERSON

```
AMERICAN HOME MTG SERVIC MORTGAGE ARRE   1200.00                           .00              .00
AMERICAN HOME MORTGAGE S NOTICE ONLY    NOT FILED                          .00              .00
COUNTRYWIDE HOME LENDING NOTICE ONLY    NOT FILED                          .00              .00
FORD MOTOR CREDIT        SECURED NOT I       .00                           .00              .00
HARRIS BANK              SECURED NOT I       .00                           .00              .00
HARRIS BANK              UNSECURED     NOT FILED                           .00              .00
INTERNAL REVENUE SERVICE PRIORITY      NOT FILED                           .00              .00
IRS                      NOTICE ONLY   NOT FILED                           .00              .00
INTERNAL REVENUE SERVICE UNSECURED      2292.80                            .00              .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY    3,174.00                                        1,062.60
TOM VAUGHN               TRUSTEE                                                            92.40
DEBTOR REFUND            REFUND                                                              .00
```

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             1,155.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                1,062.60
TRUSTEE COMPENSATION                             92.40
DEBTOR REFUND                                     .00
                    ---------------       ---------------
TOTALS              1,155.00             1,155.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 08 B 01541 JAY E ANDERSON & LISA A ANDERSON